RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
LAUREN D. GORMAN
Assistant Federal Public Defender
Nevada State Bar No. 11580
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Lauren_gorman@fd.org

Attorney for LOYD GALE DICKINSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>LOYD GALE DICKINSON,<br><br>             Defendant. | Case No. 3:84-cr-00043-MMD-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and ELIZABETH WHITE, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for LOYD GALE DICKINSON, to extend the time in which the Defendant's Response to the Government's Motion to Dismiss Defendant's Motion for Compassionate Release (ECF 112) from February 11, 2021 to February 25, 2021.  Counsel also requests the Government's reply be extended from February 15, 2021 to March 4, 2021.  In addition, counsel requests a stay to the order of the disclosure of Victim Statements (ECF 111) until after the court rules on the Motion to Dismiss (ECF 112).

     The court issued a minute order on January 25, 2021 granting the government's request for additional time (ECF 105) to locate victims. The government was given until February 1, 2021 to submit any victim statements or notify the Court whether victims wish to be heard (ECF 109). The Government filed a stipulation for extension of time to file Victim Statements on February 1, 2021 (ECF 110). The stipulation was granted the same day (ECF 111) extending the Government's deadline for submitting any victim statements or notifying the Court whether victims wish to be heard to February 8, 2021. On February 2, 2021, the Government filed a Motion to Dismiss the Defendant's Motion for compassionate release (ECF 112). The court ordered Response due by February 11, 2021 and replies due by February 15, 2021. Counsel is requesting an additional 2 weeks to file a response, an additional 1 week for the government's reply, and an order to stay on the order of the disclosure of victim statements (ECF 111) until after the court rules on the Motion to Dismiss (ECF 112).

     DATED this 5th day of January 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|    /s/ LAUREN D. GORMAN<br>By:_____<br>LAUREN D. GORMAN<br>Assistant Federal Public Defender<br>Counsel for LOYD GALE DICKINSON |    /s/ ELIZABETH WHITE<br>By:_____<br>ELIZABETH WHITE<br>Assistant United States Attorney<br>Counsel for the Government |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LOYD GALE DICKINSON,<br><br>        Defendant. | Case No. 3:84-cr-00043-MMD-WGC<br><br>**ORDER** |

Based on the stipulation of counsel and good cause appearing,

    IT IS ORDERED that the Defendant's Response to the Government's Motion to Dismiss Defendant's Motion for Compassionate Release (ECF 112) is extended to **February 25, 2021**.

    IT IS FURTHER ORDERED that the Government's reply deadline is extended to **March 4, 2021**.

    IT IS FURTHER ORDERED that a stay will be issued to the order of the disclosure of Victim Statements (ECF 111) until after the court rules on the Motion to Dismiss (ECF 112).

Dated: February 8, 2020

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

3